# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 4:26-cr-11/RH

JOHN FREDERICK BLACK

_____ /

## MOTION TO UNSEAL INDICTMENT AND COURT FILE

The United States of America respectfully moves this Court to unseal the indictment and court file in the above captioned case. There are no longer grounds for the indictment to remain sealed as the requirements of Fed. R. Crim. P. 6(e)(4) have been satisfied. In particular, the Defendant has been arrested in the Southern District of Texas, and a removal order has been issued by SDTX United States Magistrate Judge Dena Palermo on February 5, 2026.

WHEREFORE, the Government respectfully requests that the Court unseal the indictment in the above captioned case.

JOHN P. HEEKIN
United States Attorney

_____
JUSTIN M. KEEN
Assistant United States Attorney
Florida Bar No. 021034
111 North Adams Street, Suite 400
Tallahassee, FL 32301
(850) 942-8430
Justin.Keen@usdoj.gov

FILED USDC FLND TL
FEB 20 '26 AM9:36



## <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(F)</u>

I certify, pursuant to N.D. Fla. Loc. R. 7.1(f), that this filing complies with the word limit and contains approximately 200 words.

<div style="margin-left: 45%;">

*/s/ Justin M. Keen*
JUSTIN M. KEEN
Assistant United States Attorney

</div>