**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                           **Case No. 4:26cr11-RH**

**JOHN FREDERICK BLACK,**

   **Defendant.**

_____ /

## _BRADY v. MARYLAND_ NOTICE

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the Defendant or casts doubt on the United States' case, as required by _Brady v. Maryland_, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so.  The Government has a duty to disclose any evidence that goes to negating the defendant's guilt, the credibility of a witness, or that would reduce a potential sentence.  The defendant is entitled to this information without a request.  Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

   **DONE AND ORDERED** on March 4, 2026.


                           **s/ Martin A. Fitzpatrick**
                           **MARTIN A. FITZPATRICK**
                           **UNITED STATES MAGISTRATE JUDGE**